```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0095--CR (JDR)
                                    "USA V KATHLEEN K. NICOLSON"
                                    DEF 1.1 NICOLSON, KATHLEEN K.

                    Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 09/26/05
              Closed: NO
 No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: NO
  Needs interpreter: NO
   Counsel of record: Kathleen Nicolson
                      Pro Per
                      6841 Baxter Terrace Court
                      Anchorage, AK 99508
                      907-337-5678
                      Serve: YES
                       Type: Waived or Self
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Attn: Magistrate Court
                    3rd Wing U.S. Air Force
                    Base Legal Office 21 CSG/JA
                    Elmendorf AFB, AK 99506
                    907-552-3046
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 NICOLSON, KATHLEEN K.

 Document           Count    Citation and Description                              Disposition
 ────────           ─────    ────────────────────────                              ───────────
    1 -    1 INF      1      18:13(a) & 18:7(3) & AS 11.46.220 CONCEALMENT OF      Pending
                             MERCHANDISE (M)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0095--CR (JDR)
                              "USA V KATHLEEN K. NICOLSON"

                                   For all filing dates
```

Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
Magistrate Judge:
            Filed: 09/26/05
           Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/26/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 09/28/05 | Issued: Summons. |
| 2 - 1 | 09/28/05 | [Re: DEF 1] JDR Minute Order re Arr set for 11/3/05 at 10:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 - 1 | 11/02/05 | USM Return of svc on summons re: DEF 1 executed on 11/1/05. |
| 4 - 1 | 11/07/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on Misdemeanor Info (held 11/3/05); def waived right to have atty appt'd; def consented to proceed before MJ in misdemeanor case; def plead Guilty to Count 1 of Misdemeanor; IOS set for 1/9/06 at 9:30 am; bond set at O/R.  cc:  USA, K. Nicolson, USM, USPO |
| 5 - 1 | 11/07/05 | DEF 1 Waiver of of Right to Have Attorney Appointed. |
| 6 - 1 | 11/07/05 | DEF 1 Consent to Proceed Before Magistrate Judge in a Misdemeanor Case. |
| 7 - 1 | 11/07/05 | [Re: DEF 1] JDR Order of Personal Recognizance.  cc:  USA, K. Nicolson, USM, USPO |
| 8 - 1 | 11/07/05 | [Re: DEF 1] Order setting conditions of release.  cc:  USA, K. Nicolson, USM, USPO |