FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 AM 9: 54

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-0095-01 CR (JDR) |
| Plaintiff, ) | |
| vs. ) | **SENTENCING MEMORANDUM** |
| KATHLEEN K. NICOLSON, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY ALLEGES AND

RECOMMENDS:

That there is no disagreement with the Presentence Investigation Report and that the defendant, KATHLEEN K. NICHOLSON, be sentenced to 6 months probation and a $250.00 fine in light of her plea of guilty to a violation of 18 U.S.C. 13(a), 18 U.S.C. 7(3), and Alaska Stat. 11.46.220, concealment of merchandise.

1

DATED this 20th day of December, 2005, in Anchorage, Alaska.

*[signature]*

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

---

**CERTIFICATE OF SERVICE**: I hereby certify that a true and correct copy of the foregoing has been mailed, via 1st Class U.S. Mail, this 20th day of December, 2005, to the defendant, Kathleen K. Nicholson, at 6841 Baxter Terrace Circle, Anchorage, AK 99504 and Ms. Barbara Burton, Supervising U.S. Probation Officer, at U.S. Probation Office, 222 W. 77th Avenue, #48, Room 168, Anchorage, AK 99513-7562.

*[signature]*
20 Dec 05

2