PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.  Case No.  3:05CR95-JDR

Kathleen K. Nicolson

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on July 8, 2006. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_Eric D. Odegard_
Eric D. Odegard
U.S. Probation/Pretrial Services Officer

Date
7/10/06

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 8th day of August, 2006.

/s/ John D. Roberts [seal affixed]
SIGNATURE REDACTED
John D. Roberts
U.S. Magistrate Judge